# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

### Civil Case Number: 8:17-cv-00109-CEH-TBM

| | |
|---|---|
| James Thompson, | : |
| Plaintiff, | : |
| v. | : |
| Total Card, Inc.; and DOES 1-10, inclusive, | : |
| Defendants. | : |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The parties anticipate filing a Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a) within 60 days.

Dated: May 10, 2017

                                                     Respectfully submitted,

                                                   By   /s/ Stan M. Maslona

                                                   Stan M. Maslona, Esq.
                                                   Florida Bar No. 86128
                                                   Lemberg Law, LLC
                                                   43 Danbury Road, 3rd Floor
                                                   Wilton, CT 06897
                                                   Telephone: (203) 653-2250
                                                   Facsimile: (203) 653-3424
                                                   smaslona@lemberglaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 10, 2017, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the Middle District of Florida Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                                 By /s/ Stan M. Maslona_____

                                                    Stan M. Maslona, Esq.